UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BROADCAST MUSIC, INC. as agent for BROADCAST MUSIC, LLC; RIGHTEOUS BABE MUSIC; PAW PAW MUSIC; THREE WISE BOYS MUSIC, LLC; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; EMI BLACKWOOD MUSIC INC.; SCREEN GEMS-EMI MUSIC INC.; WARNER-TAMERLANE PUBLISHING CORP.; BISCUITS AND GRAVY MUSIC; MANGO BOY MUSIC; HOWE SOUND MUSIC PUBLISHING LLC d/b/a CYPRESS PARK MUSIC; LUNATUNES MUSIC, a division of LUNATUNES, INC.; CINDERFUL MUSIC; BMG PLATINUM SONGS (US); E. O. SMITH MUSIC; PRESHUS CHILD MUSIC COMPANY; MOCKINGBIRD BLUES PUBLISHING, LTD.; BUGALOO MUSIC, a division of R AND B MUSIC LLC; and BMG RIGHTS MANAGEMENT (US) LLC d/b/a BMG BUMBLEBEE,

        Plaintiffs,

  v.

RHAPSODY INTERNATIONAL INC. and INFINITE REALITY, INC. d/b/a NAPSTER,

        Defendants.

Case No. 1:25-cv-10220

**COMPLAINT**

---

Plaintiffs Broadcast Music, Inc. as agent for Broadcast Music, LLC; Righteous Babe Music; Paw Paw Music; Three Wise Boys Music, LLC; Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing; EMI Blackwood Music Inc.; Screen Gems-EMI Music Inc.; Warner-Tamerlane Publishing Corp.; Biscuits and Gravy Music; Mango Boy Music; Howe Sound Music Publishing LLC d/b/a Cypress Park Music; Lunatunes Music, a division of Lunatunes, Inc.; Cinderful Music; BMG Platinum Songs (US); E. O. Smith Music; Preshus Child Music Company; Mockingbird

Blues Publishing, Ltd.; Bugaloo Music, a division of R and B Music LLC; and BMG Rights Management (US) LLC d/b/a BMG Bumblebee (collectively, "Plaintiffs"), for their Complaint against Defendants Rhapsody International Inc. and Infinite Reality, Inc. d/b/a Napster (collectively, "Defendants"), allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## THE PARTIES

1. Plaintiff Broadcast Music, Inc. ("BMI") is a corporation organized and existing under the laws of the State of Delaware. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI, as agent for Broadcast Music, LLC, has been granted the right to license the public performance rights in 22.4 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

2. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions that are the subject of this lawsuit. All Plaintiffs are joined pursuant to Federal Rule of Civil Procedure 17(a) and 19(a).

3. Plaintiff Righteous Babe Music is a sole proprietorship. This Plaintiff is a copyright owner of at least one of the songs in this matter.

4. Plaintiff Paw Paw Music is a sole proprietorship. This Plaintiff is a copyright owner of at least one of the songs in this matter.

5. Plaintiff Three Wise Boys Music, LLC is a limited liability company. This Plaintiff is a copyright owner of at least one of the songs in this matter.

6. Plaintiff Sony/ATV Songs LLC is a limited liability company doing business as Sony/ATV Tree Publishing. This Plaintiff is a copyright owner of at least one of the songs in this

matter.

7. Plaintiff EMI Blackwood Music Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

8. Plaintiff Screen Gems-EMI Music Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

9. Plaintiff Warner-Tamerlane Publishing Corp. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

10. Plaintiff Biscuits and Gravy Music is a sole proprietorship. This Plaintiff is a copyright owner of at least one of the songs in this matter.

11. Plaintiff Mango Boy Music is a sole proprietorship. This Plaintiff is a copyright owner of at least one of the songs in this matter.

12. Plaintiff Howe Sound Music Publishing LLC is a limited liability corporation doing business as Cypress Park Music. This Plaintiff is a copyright owner of at least one of the songs in this matter.

13. Plaintiff Lunatunes Music is a division of Lunatunes, Inc., a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

14. Plaintiff Cinderful Music is a sole proprietorship. This Plaintiff is a copyright owner of at least one of the songs in this matter.

15. BMG Platinum Songs (US) is a company. This Plaintiff is a copyright owner of at least one of the songs in this matter.

16. Plaintiff E. O. Smith Music is a sole proprietorship. This Plaintiff is a copyright owner of at least one of the songs in this matter.

17. Plaintiff Preshus Child Music Company is a sole proprietorship. This Plaintiff is a

copyright owner of at least one of the songs in this matter.

18. Plaintiff Mockingbird Blues Publishing, Ltd. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

19. Plaintiff Bugaloo Music is a division of R and B Music LLC, a limited liability company. This Plaintiff is a copyright owner of at least one of the songs in this matter.

20. Plaintiff BMG Rights Management (US) LLC d/b/a BMG Bumblebee is BMG Rights Management (US) LLC, a limited liability company, doing business as BMG Bumblebee. This Plaintiff is a copyright owner of at least one of the songs in this matter.

21. Defendant Rhapsody International Inc. ("Rhapsody") is a Delaware corporation with its headquarters located in San Francisco, California.

22. Defendant Infinite Reality, Inc. ("Infinite Reality") is a Delaware corporation with its headquarters located in Norwalk, Connecticut, doing business as Napster.

23. Defendants operate, and publicly perform musical compositions via, a music streaming service under the brand name Napster and/or Napster AI, which provides its users with access, via streaming or conditional download, to sound recordings and music videos.

## JURISDICTION AND VENUE

24. This is an action for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a).

25. This Court also has personal jurisdiction over Defendants pursuant to CPLR § 302 because, among other things: (a) Defendants transact business in New York, including providing the Napster service to individuals in New York; (b) Defendants have committed tortious acts within New York, including publicly performing the musical compositions that are the subject of

4

this action to individuals in New York; and (c) Defendants' ongoing infringement of musical compositions in the BMI Repertoire causes injury to, and is directed at Broadcast Music, Inc., which is domiciled in the state of New York.

26. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

## CLAIMS OF COPYRIGHT INFRINGEMENT

27. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 10.

28. Defendants publicly perform musical compositions from the BMI Repertoire on Napster, without any legal right to do so.

29. Infinite Reality has the right to supervise, and direct Rhapsody to cease, the infringing activities, has a direct financial interest in these activities, and either failed to or refused to exercise their right to stop it.

30. As of approximately March 2025, Infinite Reality is the sole owner of, and thus exercises control over, Rhapsody. Moreover, because Rhapsody is wholly owned by Infinite Reality, Infinite Reality benefits financially from increases in Rhapsody's net income, revenue, and enterprise value, including income, revenue, and value derived from the unauthorized public performance of music compositions from the BMI Repertoire on the Napster service.

31. Plaintiffs allege eighteen (18) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

32. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the eighteen (18) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying where the infringement occurred.

33. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

34. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

35. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

36. For each work identified on the Schedule, on the date(s) listed on Line 7,

Defendants publicly performed and/or caused to be publicly performed the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

37. On information and belief, Defendants have made available on the Napster service an unspecified but significant number of BMI works for performance by users since its BMI license was terminated.

38. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. § 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. § 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. § 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: December 10, 2025  **GIBBONS P.C.**
      New York, New York

By: /s/ J. Brugh Lower
    J. Brugh Lower
    One Pennsylvania Plaza
    Floor 45, Suite 4515
    New York, New York 10119
    (973) 596-4581
    jlower@gibbonslaw.com

*Attorneys for Plaintiffs*

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | 32 Flavors |
| Line 3 | Writer(s) | Angela Di Franco a/k/a Ani DiFranco |
| Line 4 | Publisher Plaintiff(s) | Ani DiFranco, an individual d/b/a Righteous Babe Music |
| Line 5 | Date(s) of Registration | 4/2/98 |
| Line 6 | Registration No(s). | PA 902-102 |
| Line 7 | Date(s) of Infringement | 10/23/2025 |
| Line 8 | Place of Infringement | Napster |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Boogie Back To Texas |
| Line 3 | Writer(s) | Ray Benson Seifert |
| Line 4 | Publisher Plaintiff(s) | Ray Benson Seifert, an individual d/b/a Paw Paw Music |
| Line 5 | Date(s) of Registration | 6/15/87 |
| Line 6 | Registration No(s). | PA 333-756 |
| Line 7 | Date(s) of Infringement | 10/23/2025 |
| Line 8 | Place of Infringement | Napster |

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | Bule Bule a/k/a Wooly Bully |
| Line 3 | Writer(s) | Domingo Samudio |
| Line 4 | Publisher Plaintiff(s) | Three Wise Boys Music, LLC; Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 12/21/64 |
| Line 6 | Registration No(s). | Eu 870480 |
| Line 7 | Date(s) of Infringement | 10/23/2025 |
| Line 8 | Place of Infringement | Napster |

| Line 1 | Claim No. | 4 |
|---|---|---|
| Line 2 | Musical Composition | Daddy's Hands |
| Line 3 | Writer(s) | Holly Dunn |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc. |
| Line 5 | Date(s) of Registration | 4/9/87     9/24/87 |
| Line 6 | Registration No(s). | PA 323-250   PA 348-314 |
| Line 7 | Date(s) of Infringement | 10/27/2025 |
| Line 8 | Place of Infringement | |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | Daydream Believer |
| Line 3 | Writer(s) | John Stewart |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music Inc. |
| Line 5 | Date(s) of Registration | 11/13/67   12/15/67 |
| Line 6 | Registration No(s). | Eu 24395     Ep 239468 |
| Line 7 | Date(s) of Infringement | 10/27/2025 |
| Line 8 | Place of Infringement | Napster |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Euro-Trash Girl |
| Line 3 | Writer(s) | David Lowery; David Faragher; John Hickman; Joey Peters |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp; David Charles Lowery, an individual d/b/a Biscuits and Gravy Music; Josef Peters, an individual d/b/a Mango Boy Music |
| Line 5 | Date(s) of Registration | 3/30/93 |
| Line 6 | Registration No(s). | PA 627-073 |
| Line 7 | Date(s) of Infringement | 10/27/2025 |
| Line 8 | Place of Infringement | Napster |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Everytime I Hear That Song |
| Line 3 | Writer(s) | Randall Hank Williams a/k/a Hank Williams, Jr. |
| Line 4 | Publisher Plaintiff(s) | Howe Sound Music Publishing LLC d/b/a Cypress Park Music |
| Line 5 | Date(s) of Registration | 7/20/81 |
| Line 6 | Registration No(s). | PAu 316-104 |
| Line 7 | Date(s) of Infringement | 10/27/2025 |
| Line 8 | Place of Infringement | Napster |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Family Tradition |
| Line 3 | Writer(s) | Hank Williams, Jr. |
| Line 4 | Publisher Plaintiff(s) | Howe Sound Music Publishing LLC d/b/a Cypress Park Music |
| Line 5 | Date(s) of Registration | 2/8/79 |
| Line 6 | Registration No(s). | PA 32-171 |
| Line 7 | Date(s) of Infringement | 10/27/2025 |
| Line 8 | Place of Infringement | Napster |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Final Countdown AKA The Final Countdown |
| Line 3 | Writer(s) | Joey Tempest |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music, Inc. |
| Line 5 | Date(s) of Registration | 6/25/86 |
| Line 6 | Registration No(s). | PA 292-477 |
| Line 7 | Date(s) of Infringement | 10/27/2025 |
| Line 8 | Place of Infringement | Napster |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Find Your Way Back |
| Line 3 | Writer(s) | Craig Chaquico; Tommy Borsdorf |
| Line 4 | Publisher Plaintiff(s) | Lunatunes Music, a division of Lunatunes, Inc. |
| Line 5 | Date(s) of Registration | 5/1/81 |
| Line 6 | Registration No(s). | PAu 291-891 |
| Line 7 | Date(s) of Infringement | 10/27/2025 |
| Line 8 | Place of Infringement | Napster |

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | Going Where The Lonely Go |
| Line 3 | Writer(s) | Merle Haggard; Dean Holloway |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 7/11/83 |
| Line 6 | Registration No(s). | PA 178-382 |
| Line 7 | Date(s) of Infringement | 10/27/2025 |
| Line 8 | Place of Infringement | Napster |

| | | |
|---|---|---|
| Line 1 | Claim No. | 12 |
| Line 2 | Musical Composition | Green Green Grass Of Home |
| Line 3 | Writer(s) | Curly Putman |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 3/15/65 |
| Line 6 | Registration No(s). | Ep 199618 |
| Line 7 | Date(s) of Infringement | 10/27/2025 |
| Line 8 | Place of Infringement | Napster |

| | | |
|---|---|---|
| Line 1 | Claim No. | 13 |
| Line 2 | Musical Composition | End Is The Beginning Is The End a/k/a The End Is The Beginning Is The End |
| Line 3 | Writer(s) | Billy Corgan |
| Line 4 | Publisher Plaintiff(s) | William Patrick Corgan, an individual d/b/a Cinderful Music |
| Line 5 | Date(s) of Registration | 9/15/99 |
| Line 6 | Registration No(s). | PA 964-644 |
| Line 7 | Date(s) of Infringement | 10/27/2025 |
| Line 8 | Place of Infringement | Napster |

| | | |
|---|---|---|
| Line 1 | Claim No. | 14 |
| Line 2 | Musical Composition | Glycerine |
| Line 3 | Writer(s) | Gavin Rossdale |
| Line 4 | Publisher Plaintiff(s) | BMG Platinum Songs (US) |
| Line 5 | Date(s) of Registration | 4/14/1997 |
| Line 6 | Registration No(s). | PA 847-582 |
| Line 7 | Date(s) of Infringement | 10/27/2025 |
| Line 8 | Place of Infringement | Napster |

| | | |
|---|---|---|
| Line 1 | Claim No. | 15 |
| Line 2 | Musical Composition | Hash Pipe |
| Line 3 | Writer(s) | Rivers Cuomo |
| Line 4 | Publisher Plaintiff(s) | Rivers Cuomo, an individual d/b/a E. O. Smith Music |
| Line 5 | Date(s) of Registration | 5/21/01 |
| Line 6 | Registration No(s). | PA 1-046-402 |
| Line 7 | Date(s) of Infringement | 10/27/2025 |
| Line 8 | Place of Infringement | Napster |

| | | |
|---|---|---|
| Line 1 | Claim No. | 16 |
| Line 2 | Musical Composition | Five Dollar Fine |
| Line 3 | Writer(s) | Thomas Alexander Harvey |
| Line 4 | Publisher Plaintiff(s) | Thomas Alexander Harvey a/k/a T. Alex Harvey, an individual d/b/a Preshus Child Music Company |
| Line 5 | Date(s) of Registration | 8/30/94 |
| Line 6 | Registration No(s). | PAu 1-904-278 |
| Line 7 | Date(s) of Infringement | 10/27/2025 |
| Line 8 | Place of Infringement | Napster |

| | | |
|---|---|---|
| Line 1 | Claim No. | 17 |
| Line 2 | Musical Composition | Fireman Ring The Bell |
| Line 3 | Writer(s) | R. L. Burnside |
| Line 4 | Publisher Plaintiff(s) | Mockingbird Blues Publishing, Ltd. |
| Line 5 | Date(s) of Registration | 7/30/98           9/22/98 |
| Line 6 | Registration No(s). | PA 915-189     PA 926-648 |
| Line 7 | Date(s) of Infringement | 10/27/2025 |
| Line 8 | Place of Infringement | Napster |

| | | |
|---|---|---|
| Line 1 | Claim No. | 18 |
| Line 2 | Musical Composition | Fire On The Bayou |
| Line 3 | Writer(s) | Leo Nocentelli a/k/a L. Nocentelli; George Porter, Jr. a/k/a G. Porter a/k/a George Joseph Porter, Jr.; Cyril Neville a/k/a C. Neville a/k/a Cyril Garrett Neville; Joseph Modeliste a/k/a J. Modeliste; Arthur Neville, Jr. a/k/a A. Neville |
| Line 4 | Publisher Plaintiff(s) | Bugaloo Music, a division of R and B Music LLC; BMG Rights Management (US) LLC d/b/a BMG Bumblebee |
| Line 5 | Date(s) of Registration | 1/7/03    9/11/75 |
| Line 6 | Registration No(s). | RE 878-428    Eu 621200 |
| Line 7 | Date(s) of Infringement | 10/27/2025 |
| Line 8 | Place of Infringement | Napster |