UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Broadcast Music, Inc., et al.,

                   Plaintiff(s),

      -against-

Rhapsody International Inc., et al.,

                 Defendant(s).

------------------------------------x

25 cv 10220 (LAP)

**ORDER OF CONFERENCE**

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on April 6, 2026 at 3:00 pm for an Initial Pretrial Conference in the above action.

SO ORDERED.

_____

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: 3/24/26

New York, New York