

**J. Brugh Lower**
Partner
+1 973.596.4581 (t)
+1 973.639.6292 (f)
jlower@fbtgibbons.com

March 30, 2026

<u>**VIA ECF**</u>

Hon. Loretta A. Preska, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   **Re:** **Broadcast Music, Inc., et al. v. Rhapsody International Inc., et al.**
     **Case No. 1:25-cv-10220-LAP**

Dear Judge Preska:

  This firm represents Plaintiffs in the above-referenced action. We write, jointly with counsel for Defendants, to respectfully request that the initial conference scheduled for April 6, 2026, be adjourned until after May 11, 2026, due to counsels' upcoming conflicts and to provide the parties time to discuss the potential to resolve this matter amicably. This is the parties' first request for an adjournment of this conference.

  In addition, counsel for Defendants has requested that the conference be converted to a virtual conference instead of in-person. Plaintiffs have no objection to that request.

     Respectfully submitted,

     s/ J. Brugh Lower
     J. Brugh Lower

cc: All counsel of record

The conference is adjourned to May 12, 2026 at 10:30 AM.

**SO ORDERED.**

_____
Loretta A. Preska
United States District Judge

April 1, 2026