UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROADCAST MUSIC INC., ET AL.<br><br>Plaintiffs<br><br>v.<br><br>RHAPSODY INTERNATIONAL INC., ET AL.<br><br>Defendants | 25-CV-10220 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The May 12 conference is rescheduled to May 13, 2026 at 11:00 AM.

**SO ORDERED.**

Dated:   New York, New York
         April 20, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge