UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BROADCAST MUSIC, INC., <u>et al.</u>,

                    Plaintiffs,

  -against-

RHAPSODY INTERNATIONAL INC. and
INFINITE REALITY, INC.,

                    Defendants

25-CV-10220

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall update the Court by letter as to the status of settlement discussions no later than July 1, 2026.  In the same letter, the parties should advise the Court if they wish to schedule a settlement conference.

**SO ORDERED.**

Dated:    New York, New York
           May 13, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge